# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRANDON SEANDRAE ATWELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1122

[June 21, 2018]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case Nos. 502012CF006098DXXXMB and 502012CF009036AXXXMB.

Brandon Seandrae Atwell, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***